# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TELECOMM INNOVATIONS, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>PAYMENT ALLIANCE INTERNATIONAL, INC.,<br><br>        Defendant. | Civil Action No. 1:12-cv-01276-SLR<br><br>JURY TRIAL DEMANDED |

## STIPULATION OF DISMISSAL OF PAYMENT ALLIANCE INTERNATIONAL, INC. WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED that all claims brought by Plaintiff Telecomm Innovations, LLC ("TI") against Defendant Payment Alliance International, Inc. ("PAI") in the above-captioned action are hereby dismissed with prejudice and all counterclaims brought by PAI against TI in the above-captioned action are hereby dismissed without prejudice, by agreement of the parties pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs, expenses, and attorneys' fees.

Dated: August 16, 2013.                                    Respectfully submitted,

| | |
|---|---|
| */s/ Richard C. Weinblatt*<br>Stamatios Stamoulis (DE Bar No. 4606)<br>stamoulis@swdelaw.com<br>Richard C. Weinblatt (DE Bar No. 5080)<br>weinblatt@swdelaw.com<br>STAMOULIS & WEINBLATT LLC<br>Two Fox Point Centre<br>6 Denny Road, Suite 307<br>Wilmington, DE 19809<br>(302) 999-1540<br><br>*Attorneys for Plaintiff*<br>*Telecomm Innovations, LLC* | */s/ Monte T. Squire*<br>Monte T. Squire (DE Bar No. 4764)<br>msquire@ycst.com<br>YOUNG, CONAWAY, STARGATT & TAYLOR LLP<br>Rodney Square, 1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br><br>*Attorney for Defendant*<br>*Payment Alliance International, Inc.* |

**SO ORDERED**, this _____ day of _____, 2013.

_____
United States District Court Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 16, 2013, I electronically filed the above document with the Clerk of Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

*/s/ Richard C. Weinblatt*
Richard C. Weinblatt #5080